BEFORE THE THIRD DIVISION, JANUARY 21, 1965

No. 69030.—Otagiri Mercantile Co., Inc., and F. C. Gerlach & Co. et al. *v.* United States, protests 63/740, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of stone lanterns and similar merchandise the same in all material respects as those the subject of *Otagiri Mercantile Co., Inc., et al.* v. *United States* (44 Cust. Ct. 184, C.D. 2173), the claim of the plaintiffs was sustained.

JANUARY 22, 1965

No. 69031.—Appeal 5185.—United States *v.* Morris Supply Company.—▮▮▮▮▮▮—C.D. 2457. Appeal dismissed November 24, 1964.

BEFORE THE SECOND DIVISION, JANUARY 25, 1965

No. 69032.—Amity Fabrics, Inc., et al. *v.* United States, protests 63/3759, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiffs was sustained.